IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

ESBELIA DE LA CRUZ-PERALTA
Defendant

CRIMINAL 12-0405CCC

## ORDER

Having considered the Report and Recommendation filed on May 23, 2012 (**docket entry 20**) on a Rule 11 proceeding of defendant Esbelia de la Cruz-Peralta held before U.S. Magistrate Judge Silvia Carreño-Coll on May 22, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 22, 2012. The **sentencing hearing is set for August 28, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 11, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge